VALLIE FULK THORPE v. ROBERT O. BURNS AND MARY H. BURNS T/A TERMINIX COMPANY OF NORTH CAROLINA.

(Filed 28 November, 1956.)

**Courts § 4b—**

> Where the record supports the finding that notice of appeal to the Superior Court from a municipal-county court was not given within the time required by statute, order of the Superior Court affirming the judgment of the municipal-county court and dismissing the appeal will be sustained.

JOHNSON, J., not sitting.

APPEAL by defendants from *Preyer, J.,* 9 January, 1956 Civil Term, GUILFORD Superior Court.

Civil action instituted in the Municipal-County Court, Guilford County, on 7 July, 1955, for the recovery of $330.53 damages for breach of contract. The defendants did not answer, though duly served with summons and copies of the complaint. Judgment by default and inquiry was entered 16 August, 1955, and on 1 September, 1955, the court, after hearing evidence, on the inquiry as to amount of damages, adjudged the plaintiff recover of the defendant the sum of $330.53. On 1 September, 1955, the day of the inquiry, "without notice or knowing of the default judgments already entered in the cause, the defendants forwarded to the Municipal-County Court and caused to be filed . . . answer to the plaintiff's complaint." From the judgment on the inquiry, the defendants appealed to the Superior Court of Guilford County.

In the Superior Court the plaintiff filed a motion to dismiss the appeal on the ground, among others, that answer had not been filed and that notice of appeal was not timely given. Judge Preyer, after hearing, found facts in accordance with the plaintiff's motion and on 8 February, 1956, signed judgment affirming the judgment of the Municipal-County Court and dismissing the appeal. The defendants appealed to this Court, assigning errors.

*Shuping & Shuping for plaintiff, appellee.*
*George M. Anderson for defendants, appellants.*

PER CURIAM. The record supports the findings of Judge Preyer that notice of appeal to the Superior Court was not given within the time required by the statute. The order affirming the judgment of the Municipal-County Court and dismissing the appeal from that court was warranted by the findings and is in accordance with law.

Appeal dismissed.

JOHNSON, J., not sitting.